**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

BRUCE A. VINSON,               )
                                          )
          Plaintiff,         )
                                          )
vs.                              )    Civil No.   18-cv-189-JPG-CJP
                                          )
COMMISSIONER of SOCIAL SECURITY,   )
                                          )
          Defendant.     )

## JUDGMENT IN A CIVIL CASE

      **IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

      Judgment is entered in favor of plaintiff Bruce A. Vinson and against defendant Commissioner of Social Security.

      DATED: June 14, 2018

                                    **JUSTINE FLANAGAN,
Acting Clerk of Court**

                                    **BY:** _s/Tina Gray_
                                       **Deputy Clerk**

**Approved:**
**_s/ J. Phil Gilbert_**
**J. Phil Gilbert**
**U.S. District Judge**